## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal Case No. 20-cr-119-JD-01/02 |
| JAMES WATSON ) | |
| and ) | |
| ADRIANA DION ) | |
| Defendants ) | |
| ) | |

### INDICTMENT

**The Grand Jury charges:**

### COUNT ONE

**[18 U.S.C. § 2(a); 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –Distributing a Controlled Substance]**

On or about August 2, 2019, in the District of New Hampshire, the defendants,

**JAMES WATSON**
**and**
**ADRIANA DION,**

aided and abetted by each other, did knowingly and intentionally distribute a controlled substance, specifically, fentanyl, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2(a) and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT TWO

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –Distributing a Controlled Substance]**

On or about August 14, 2019, in the District of New Hampshire, the defendant,

**JAMES WATSON,**

did knowingly and intentionally distribute a controlled substance, specifically, fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –Distributing a Controlled Substance]**

On or about August 15, 2019, in the District of New Hampshire, the defendant,

**JAMES WATSON,**

did knowingly and intentionally distribute a controlled substance, specifically, fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

Dated: October 5, 2020

/s/ Foreperson of the Grand Jury
Foreperson of the Grand Jury

SCOTT W. MURRAY
United States Attorney

By:   /s/ Joachim H. Barth
      Joachim H. Barth
      Assistant U.S. Attorney